**Order entered January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01233-CV

**DAVID E. SHAW, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08164**

## ORDER

Before the Court is appellant's January 8, 2020 motion for extension of time to file his amended brief and appellee's January 10, 2020 response. We **GRANT** the motion to the extent we **ORDER** the amended brief be filed no later than February 10, 2020. Appellee's brief shall be filed no later than March 2, 2020.

/s/    ERIN A. NOWELL
JUSTICE